

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,434-01

### EX PARTE KERRY BOOTH DOAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 11-02-01666-CR(1) IN THE 435TH DISTRICT COURT
### FROM MONTGOMERY COUNTY

YEARY, J., filed a dissenting opinion.

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: FEBRUARY 10, 2016
DO NOT PUBLISH